1 | McGREGOR W. SCOTT
United States Attorney
2 | KIMBERLY KELLY
Assistant U.S. Attorney
3 | 3654 Federal Building
1130 "O" Street
4 | Fresno, California 93721
Telephone: (559) 498-7272

**FILED**

2005 SEP 15 P 2: 03

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
      DEPUTY

**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. F: 05 CR 00322 OWW |
| Plaintiff, ) | |
| ) | EX PARTE MOTION TO SEAL |
| v. ) | INDICTMENT PURSUANT |
| ) | TO RULE 6(e), FEDERAL |
| ) | FEDERAL RULES OF |
| ) | CRIMINAL PROCEDURE |
| NATIVADAD STORBLE, ) | |
| ) | |
| Defendant. ) | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 15, 2005, charging the above defendant with a violation of Title 18, United States Code, Section 922(g)(1) - Felon in Possession of a Firearm and other violations be kept secret until the defendant named in the Indictment is either in custody or has been given bail on this offense; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and

1 | execution of the warrants.

2 | DATED: September 15 2005					Respectfully submitted,

											McGREGOR W. SCOTT
											United States Attorney

											By *Kimberly a Kelly*
											KIMBERLY A. KELLY
											Assistant U.S. Attorney

7 | ORDERED as prayed this 15th day of September 2005

											_____
											U.S. Magistrate Judge