```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. KELLY
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:05-cr-00322 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REQUEST BY THE UNITED |
| | ) | STATES TO UNSEAL |
| NATIVIDAD STROBLE, | ) | INDICTMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney, and Kimberly A. Kelly, Assistaant United States Attorney, and request leave of the Court to unseal the Indictment in the above-referenced matter.

DATED: September 19, 2005            Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

                                      By   /s/ Kimberly A. Kelly
                                            KIMBERLY A. KELLY
                                            Assistant U.S. Attorney

    IT IS SO ORDERED.

**Dated:   September 19, 2005**            **/s/ Lawrence J. O'Neill**
b9ed48                                   UNITED STATES MAGISTRATE JUDGE

1