DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NATIVIDAD STROBLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                           )<br>                    Plaintiff,           )<br>                                                           )<br>          v.                                        )<br>                                                           )<br> NATIVIDAD STROBLE,              )<br>                                                           )<br>                    Defendant.          )<br>_____ ) | NO. 1:05-cr-00322 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE/CHANGE OF PLEA HEARING AND  ORDER THEREON<br><br>Date:   February 21, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, KIMBERLY A. KELLY, Assistant United States Attorney, Counsel for Plaintiff, and MELODY M. WALCOTT, Assistant Federal Defender, Counsel for Natividad Stroble, **that the status conference/change of plea hearing now scheduled for February 7, 2006, may be continued to February 21, 2006, at 9:00 A.M.**

This continuance is presented to the Court at the request of counsel for Natividad Stroble to allow time for further investigation and negotiation.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: February 6, 2006          By:  /s/ Kimberly A. Kelly
                                      KIMBERLY A. KELLY
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff


DANIEL J. BRODERICK
Acting Federal Defender

DATED: February 6, 2006          By:  /s/ Melody M. Walcott
                                      MELODY M. WALCOTT
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      NATIVIDAD STROBLE

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: February  9 , 2006

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California